UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MICHAEL NATHANIEL ARVIE | CIVIL ACTION NO. 21-1387 |
| VERSUS | JUDGE JUNEAU |
| TERALD JUDE VIDRINE, ET AL. | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and considering the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that the Motion to Dismiss [Doc. 21] filed by defendants Terald Jude Vidrine and Ryan Vidrine is GRANTED, and all federal claims against these defendants are DENIED AND DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that the state law claims against Terald Jude Vidrine and Ryan Vidrine are DENIED AND DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Motion to Dismiss Pursuant to FRCP 12 [Doc. 22] filed by the City of Ville Platte is GRANTED, and that all federal claims against the City is DENIED AND DISMISSED WITH PREJUDICE. IT IS FURTHER

ORDERED that the state law claims against the City of Ville Platte are DENIED AND DISMISSED WITHOUT PREJUDICE.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 12th day of October, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE